U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DOVAL JORDAN and BRITTANY WILKINS,

          Plaintiffs,

v.

LARRY RATTLER, DAVID BIRD,
MICHAEL E. LIPSEY, JEROME DOMICO, JR., RICHARD
SANCHEZ, JR., UNKNOWN NUMBER OF UNNAMED OFFICERS OF
THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,

          Defendants.

07CV 6195
JUDGE LEFKOW
MAGISTRATE JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff's DOVAL JORDAN and BRITTANY WILKINS

FILED
NOV 02 2007
Nov. 2, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Irene K. Dymkar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| FIRM |
| Irene K. Dymkar |
| STREET ADDRESS |
| 300 West Adams, Suite 330 |
| CITY/STATE/ZIP |
| Chicago, IL 60606-5107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 90785719 | (312) 345-0123 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |