UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 07 C 6195 |
|---|---|
| DOVAL JORDAN, et. al.,   Plaintiffs | Hon. Judge LEFKOW |
| v. | |
| LARRY RATTLER, et al,   Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| Larry Rattler | Richard Sanchez, Jr. |
|---|---|
| David Bird | |
| Jerome Domico, Jr. | |
| Michael Lipsey | |

| SIGNATURE    s/ Marc J. Boxerman |
|---|
| FIRM    City of Chicago Department of Law |
| STREET ADDRESS    30 N. La Salle Street, Suite 1400 |
| CITY/STATE/ZIP    Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    6215790 | TELEPHONE NUMBER    (312) 744-7684 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐