IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C6195 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| LARRY RATTLER, et. al. | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, and Defendants D. Bird; J. Domico, Jr.; M. Lipsey; L. Rattler; and R. Sanchez, Jr., (collectively, "Defendant Officers"), by their attorney Marc J. Boxerman, with the agreement of Plaintiffs, respectfully requests this Honorable Court for an extension of time until January 10, 2008, to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant City and Defendant Officers state:

1. This matter was filed on November 2, 2007, in the United States District Court, Northern District of Illinois, Eastern Division. Assistant Corporation Counsel, Rita C. Moran, was assigned to this matter on December 10, 2007.

2. The individual Defendant Officers were personally served with the complaint on November 16, 2007. Their attorney, Marc J. Boxerman, was assigned this matter at the end of November and has not yet had an opportunity to meet with the five officers so that he may answer the complaint on their behalf.

3. Undersigned counsel Moran is in the process of ordering the relevant Chicago Police Department records to enable the City to properly respond to Plaintiff's Complaint.

4. This motion is the Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of this matter, nor will it prejudice Plaintiffs.

5. Plaintiff's counsel was informed of this motion on December 10, 2007, and has agreed to the City and Individual Defendant's motion.

**WHEREFORE**, Defendants respectfully requests that they be given until January 10, 2008, to answer or otherwise plead to Plaintiffs' Complaint.

        Respectfully Submitted,

        MARA S. GEORGES
        CORPORATION COUNSEL

BY: **/s/ Rita C. Moran**
     RITA C. MORAN
     Assistant Corporation Counsel
     Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

BY: **/s/ Marc Boxerman**
     MARC BOXERMAN
     Senior Counsel
     Attorney for the Individual Defendants

30 N. LaSalle St.
Suite 1400
Chicago, IL 60602
(312) 744-7684
Attorney No. 6215790

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 10th day of December, 2007.

      /s/ Rita C. Moran
      RITA C. MORAN