IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C6195 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| LARRY RATTLER, et. al. | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, DEFENDANT'S JOINT AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow, or before such other Judge sitting in her place or stead, on the 18th day of December, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 10th day of December, 2007.

                                                                MARA S. GEORGES
                                                                 CORPORATION COUNSEL
                                                                 CITY OF CHICAGO

                                      BY:   /s/ Rita C. Moran
                                                          RITA C. MORAN
                                                          Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301