IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN and BRITTANY WILKINS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6195 |
| v. | ) ) ) | |
| LARRY RATTLER, DAVID BIRD, MICHAEL E. LIPSEY, JEROME DOMICO, JR., RICHARD SANCHEZ, JR., UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) ) ) ) ) ) | Judge Joan H. Lefkow  Magistrate Judge Valdez  JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF FILING

TO:  Irene K. Dymkar                                Rita C. Moran
     300 W. Adams, Suite 330                       City of Chicago Department of Law
     Chicago, IL 60606                              30 N. La Salle Street, Suite 1020
     dymkarlaw@ameritech.net                        Chicago, IL 60602
                                                    rita.moran@cityofchicago.org

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **Defendant Officers' Answer, Defenses, and Jury Demand to Plaintiff's Complaint**, a copy of which is attached and served upon you.

Date:     January 10, 2008

                                        By:   s/ Marc J. Boxerman
                                              MARC J. BOXERMAN

Marc J. Boxerman
City of Chicago, Department of Law
30 North La Salle Street, Suite 1400
Chicago, Illinois  60602
(312) 744-7684 Phone
(312) 744-6566 Fax
mboxerman@cityofchicago.org
Atty. No. 6215790