**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DOVAL JORDAN and BRITTANY WILKINS, | ) | |
| | ) | No.    07 C 6195 |
| Plaintiff(s), | ) | |
| | ) | JUDGE LEFKOW |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| LARRY RATTLER, DAVID BIRD, MICHAEL | ) | |
| E. LIPSEY, JEROME DOMINCO, JR., RICHARD | ) | |
| SANCHEZ, JR., UNKNOWN NUMBER OF | ) | |
| UNNAMED OFFICERS OF THE CHICAGO | ) | |
| POLICE DEPARTMENT, and CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendant(s). | ) | |

**NOTICE OF FILING**

To:    All parties of record

PLEASE TAKE NOTICE that on January 10, 2008, the City of Chicago filed its Answer, Defenses, and Jury Demand to Plaintiffs' Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.  A copy of that document is herewith served upon you.

I hereby certify that I have served this notice and the attached document by causing it to be mailed to the person named above at the address shown this 10th day of  January, 2008.

Respectfully submitted,

MARA S. GEORGES,
CORPORATION COUNSEL
CITY OF CHICAGO

By:    ___/s/ Rita Moran___
RITA MORAN
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
(312) 744-3989 Fax *New*
Attorney No. 06270301