Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6195 | DATE | 1/15/2008 |
| CASE TITLE | Jordan vs. Rattler | | |

**DOCKET ENTRY TEXT**

Status hearing stricken and reset to 3/18/2008 at 9:30 a.m. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 6/1/2008. Non-expert discovery will close on 7/14/2008. Any dispositive motion(s) to be filed by 8/13/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|