UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVAL JORDAN and BRITTANY WILKINS, ) | |
| ) | |
| Plaintiffs, ) | |
| v.                ) | Case No. 07 C 6195 |
| ) | |
| LARRY RATTLER, DAVID BIRD, ) | Judge Joan H. Lefkow |
| MICHAEL E. LIPSEY, JEROME DOMICO, ) | |
| JR., RICHARD SANCHEZ, JR., UNKNOWN ) | Magistrate Judge Maria Valdez |
| NUMBER OF UNNAMED OFFICERS OF THE ) | |
| CHICAGO POLICE DEPARTMENT, and ) | |
| CITY OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

The parties, having held a scheduling conference attended by Irene K. Dymkar for

plaintiffs, Marc J. Boxerman for named individual defendants, and Rita Moran for the City

of Chicago, as required by F.R.Civ.P 26(f), submit the following proposed scheduling order:

a)   The parties believe that an early settlement conference will not likely result in a

disposition of this case.

b)   The parties will make initial disclosures under F.R.Civ.P. 26(a)(1) by

January 29, 2008.

c)   Any motion to amend the pleadings and/or to join additional parties may be

brought upon motion by June 1, 2008.  Amendments thereafter may be made only on motion

for good cause shown.

d)   Non-expert discovery will close on July 14, 2008.

e) The parties do not anticipate obtaining the services of an expert and therefore request that expert discovery not be scheduled. If circumstances change, the party retaining an expert shall move the Court for an amendment of this schedule.

f) Any motion challenging the qualifications of a designated expert must be made within 21 calendar days after the deposition of the expert or the close of discovery, whichever is earlier. If no motion is filed, the court will deem challenges waived.

## Dispositive Motions

Before a dispositive motion is filed, the parties will exchange demand and offer letters in an effort to reach resolution of the case. A status hearing will be held on March 18, 2008, at which time the parties will report on the possibility of settlement and whether a settlement conference with a judge may be helpful. The parties should expect to be referred to a magistrate judge for settlement discussions before filing a motion for summary judgment.

Any dispositive motions (motions for summary judgment) will be presented with a proposed agreed briefing schedule by August 13, 2008.

## Consent to Proceed Before a Magistrate Judge

The parties do not unanimously consent to proceed before a magistrate judge.

## Trial, Pretrial Conference, Pretrial Order

a) This case shall be ready for a jury trial 90 days after a decision is issued on dispositive motions. The trial is projected to last three to four days.

b) A joint pretrial order will be filed 60 days after a decision is issued on dispositive motions. Plaintiff's draft shall be served on defendant two weeks before the joint pretrial order is due to be filed. Defendants' draft shall be served on plaintiff one week before the

joint pretrial order is due to be filed.

c)   Motions *in limine* and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions *in limine*).  Three copies of the pretrial order shall be delivered to chambers no less than one week prior to the date of the pretrial conference, which will be set on a date to be determined.

This order shall not be modified except by leave of court on motion for good cause shown.

ENTER:

Dated:  **JAN 1 5 2008**

Judge Joan Humphrey Lefkow
United States District Judge

Approved as to form and substance:

/s Irene K. Dymkar
Irene K. Dymkar
Attorney for Plaintiffs
300 West Adams, Suite 330
Chicago, IL 60606-5107
(312) 345-0123


/s Marc J. Boxerman
Marc J. Boxerman
Attorney for Defendants Rattler, Bird, Lipsey
   Domico, and Sanchez
City of Chicago Department of Law
30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-7684

/s Rita Moran
Rita Moran
Attorney for Defendant City of Chicago
City of Chicago Department of Law
30 N. LaSalle
Chicago, IL 60602
(312) 742-9866

3