**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Doval Jordan, et al.
                            Plaintiff,

v.                                                         Case No.: 1:07−cv−06195
                                                           Honorable Joan H. Lefkow

larry Rattler, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing held on 4/15/2008 and continued to 6/3/2008 at 09:30 AM. for report on possibility of case being referred to the designated magistrate judge for settlement conference. Plaintiff's oral motion to extend scheduling dates is granted. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 7/1/2008. Non−expert discovery will close on 8/14/2008. Any dispositive motion(s) to be filed by 9/15/2008. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.