UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN and<br>BRITTANY WILKINS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6195 |
| v. | ) ) ) | |
| LARRY RATTLER, DAVID BIRD,<br>MICHAEL E. LIPSEY, JEROME DOMICO,<br>JR., RICHARD SANCHEZ, JR., UNKNOWN<br>NUMBER OF UNNAMED OFFICERS OF<br>THE CHICAGO POLICE DEPARTMENT,<br>and CITY OF CHICAGO, | ) ) ) ) ) ) ) | Judge Joan H. Lefkow<br><br>Magistrate Judge Valdez<br><br><br>JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**TO:**   Irene K. Dymkar
300 W. Adams, Suite 330
Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **DEFENDANTS' JOINT MOTION TO DISMISS COUNT VI OF PLAINTIFFS' COMPLAINT WITH PREJUDICE,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow on the 6th day of May 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

Respectfully submitted,

By:   /s/ Marcy M. Labedz

MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Atty. No. 06279219
April 30, 2008