## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6195 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Jordan vs. Rattler | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Response tp defendant's joint motion to dismiss [24] due by 6/12/2008; reply due by 6/26/2008; ruling will issue by mail. Parties are to exchange demand and offer letters of settlement by 6/3/2008.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | MD |
|---|---|---|