**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Doval Jordan, et al.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06195
                                            Honorable Joan H. Lefkow

larry Rattler, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 3, 2008:

   MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 6/3/2008 and continued to 6/18/2008 at 09:00 AM. Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.