UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Doval Jordan, et al.
                    Plaintiff,

v.                                                Case No.: 1:07−cv−06195
                                                  Honorable Joan H. Lefkow

larry Rattler, et al.
                    Defendant.


ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE


   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(mad, )Mailed notice.


Dated: June 18, 2008

                                                        /s/ Joan H. Lefkow

                                                        United States District Judge