IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 6195 |
| | ) | |
| v. | ) | Judge Lefkow |
| | ) | |
| LARRY RATTLER, et. al. | ) | Magistrate Judge Valdez |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Irene K. Dymkar
      300 W. Adams Street, Suite 330
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Joint Motion to Withdraw Their Motion to Dismiss Count VI of Plaintiffs' Complaint,** a copy of which is attached and served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow, or before such other judge sitting in her stead, in room 1925 of the Dirksen Courthouse, 200 S. Dearborn Street, in Chicago, IL, on July 3, 2008, or as soon thereafter as I may be heard, and present the attached motion.

**DATED** at Chicago, Illinois, June 26, 2008.

BY:   /s/ Marc J. Boxerman
      MARC J. BOXERMAN
      Senior Counsel

30 N. La Salle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
mboxerman@cityofchicago.org
Attorney No.: 06215790