UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Doval Jordan, et al.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06195
                                      Honorable Joan H. Lefkow

larry Rattler, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Joan H. Lefkow:Defendants' joint motion [33] to withdraw their motion to dismiss Count VI of plaintiffs' complaint is granted. Defendants' motion to dismiss [24] is withdrawn.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.