UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Doval Jordan, et al.
                Plaintiff,

v.                                       Case No.: 1:07−cv−06195
                                             Honorable Joan H. Lefkow

larry Rattler, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 9/4/2008. Plaintiff's oral motion to dismiss is granted. Case dismissed without prejudice with leave to reinstate on or before 10/6/2008. In the event a motion to reinstate is not filed on or before 10/6/2008, the case shall be deemed dismissed with prejudice without further order of court. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.