IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOVAL JORDAN and BRITTANY WILKINS, | ) ) ) No. 07 C 6195 |
| Plaintiff, | ) ) ) |
| vs. | ) ) Judge Joan H. Lefkow |
| LARRY RATTLER, DAVID BIRD, MICHAEL E. LIPSEY, JEROME DOMICO, JR., RICHARD SANCHEZ, JR., UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO, | ) ) ) Magistrate Judge Valdez ) ) JURY TRIAL DEMANDED ) ) ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Irene K. Dymkar
Attorney for plaintiffs,
Doval Jordan and Brittany Wilkins
Law Office of Irene K. Dymkar
300 W. Adams St., Suite 330
Chicago, Illinois 60606
(312) 345-0123
Attorney No. 90185719
DATE: 9/15/08

_____
Marc J. Boxerman
Senior Counsel
Attorney for defendants,
Larry Rattler, David Bird, Michael E. Lipsey, Jerome Domico, Jr., and Richard Sanchez, Jr.
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790
DATE: 9/17/08
07 C 6195

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Rita Moran
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 06270301
DATE: Sept. 17, 2008