IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOVAL JORDAN and<br>BRITTANY WILKINS,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY RATTLER, DAVID BIRD, MICHAEL E. LIPSEY, JEROME DOMICO, JR., RICHARD SANCHEZ, JR., UNKNOWN NUMBER OF UNNAMED OFFICERS OF THE CHICAGO POLICE DEPARTMENT, and CITY OF CHICAGO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07 C 6195<br><br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Valdez<br><br>JURY TRIAL DEMANDED |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiffs, Doval Jordan and Brittany Wilkins, by one of their attorneys, Irene K. Dymkar, and defendants, Larry Rattler, David Bird, Michael E. Lipsey, Jerome Domico, Jr., and Richard Sanchez, Jr., by one of their attorneys, Marc J. Boxerman, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiffs, Doval Jordan and Brittany Wilkins, against defendants, City of Chicago, Larry Rattler, David Bird, Michael E. Lipsey, Jerome Domico, Jr., and Richard Sanchez, Jr., are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Marc J. Boxerman
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-7684
Attorney No. 06215790

ENTER:_____
The Honorable Joan H. Lefkow
United States District Judge

DATED:_____